■ DOLORES BURG, Appellant, v JOHN S. MACEO et al., Respondents. [776 NYS2d 896]—In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Queens County (LeVine, J.), dated April 15, 2003, which granted the defendants' motion for summary judgment dismissing the complaint.

Ordered that the order is reversed, on the law, with costs, and the motion is denied.

There are issues of fact requiring the denial of summary judgment. Krausman, J.P., Luciano, Cozier and Spolzino, JJ., concur.